IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )        8:06CR169
                                )
      v.                        )
                                )
CINDY DECKER,                   )        ORDER
                                )
            Defendant.          )
_____)
```

This matter is before the Court on defendant's motion to continue (Filing No. 22). The Court is advised that defendant wishes to enter a plea in this matter. Accordingly,

IT IS ORDERED that a Rule 11 hearing is scheduled for:

**Friday, September 1, 2006, at 11:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The first available date on the Court's schedule for the plea hearing is September 1, 2006. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between July 24, 2006, and September 1, 2006, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 18th day of July, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court