```
         IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,    )
                             )
          Plaintiff,         )         8:06CR169
                             )
     v.                      )
                             )
CINDI DECKER,                )         ORDER
                             )
          Defendant.         )
_____ )
```

IT IS ORDERED that sentencing in this matter is rescheduled for:

**Monday, December 4, 2006, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 16th day of November, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court